1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10                 THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 MICHAEL SANDERS        )
                          )        1:07-CV-1323 LJO DLB
14                        )
        Plaintiff,        )        STIPULATION AND ORDER
15                        )
   vs.                    )
16                        )
   COMMISSIONER OF        )
17 SOCIAL SECURITY,       )
                          )
18      Defendant.        )
   _____)
19

20      IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21 granted a 30 day extension of time, until May 23, 2008, in which to serve Plaintiff's Confidential

22 brief.  All remaining actions under the scheduling order filed, September 11, 2007, shall proceed

23 under the time limit guidelines set therein.

24 / /

25 / /

26 / /

27 / /

28

1  Dated:  April 24, 2008                      /s/ Sengthiene Bosavanh

2                                              SENGTHIENE BOSAVANH, ESQ.
                                               Attorney for Plaintiff.
3

4  Dated: April 25, 2008                       MCGREGOR SCOTT
                                               United States Attorney
5
                                               By: /s/ Amita Bayman Tracy
6                                              (as authorized via facsimile/e-mail)
                                               Amita Bayman Tracy
7                                              Assistant Regional Counsel

8

9

10
        IT IS SO ORDERED.
11
            Dated:   **April 28, 2008**                  **/s/ Dennis L. Beck**
12                                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28