1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9

10 MICHAEL SANDERS    )
                         )    1:07-CV-1323 LJO DLB
11                       )
       Plaintiff,     )    STIPULATION AND ORDER TO DISMISS
12                       )
   vs.                )
13                       )
   Commissioner of Social  )
14 Security,            )
                         )
15     Defendant.   )
   _____)
16

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on September 8, 2007, on behalf of Plaintiff be dismissed.  After thorough

20 review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21 continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22 dismissal, each party to bear its own costs.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated: August 18, 2008 | /s/ Sengthiene Bosavanh |
| 2 | | SENGTHIENE BOSAVANH, ESQ.<br>Attorney for Plaintiff |
| 3 | Dated: August 18, 2008 | |
| 4 | | McGREGOR SCOTT<br>United States Attorney |
| 5 | | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 6 | | Social Security Administration |
| 7 | | /s/ Amita Baman Tracy<br>(as authorized via electronic mail) |
| 8 | | AMITA BAYMAN TRACY<br>Special Assistant U.S. Attorney |
| 9 | | Attorneys for Defendant |

**ORDER**

Based on the parties' stipulation, this Court DISMISSES this action in its entirety and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 8, 2008**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

2